**Order entered December 31, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01268-CR

**JENNIFER FOLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 26th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 14-0094-K26**

## ORDER

Before the Court is appellant's December 23, 2019 motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief received along with the motion filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE